# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:11-cr-00298-KJD-VCF |
| vs. | **ORDER** |
| MARCELLA Z. TRIANA, | |
| Defendant. | [Motion to Withdraw #18] |

Before the Court is Motion to Withdraw filed by government attorney Mary Ann McCarthy. (#18). No opposition has been filed.

Ms. McCarthy has advised the Court that she is withdrawing as an attorney for the government in this case.

Good Cause Appearing,

IT IS HEREBY ORDERED that the government's Motion to Withdraw as Attorney (#18) is GRANTED.

DATED this 6th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE